Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 401 | **DATE** | 5/20/2008 |
| **CASE TITLE** | USA vs. Isaiah Hicks, et al. | | |

**DOCKET ENTRY TEXT**

Enter order sealing complaint, affidavit supporting complaint and arrest warrants. Government's ex parte motion to seal criminal complaint, affidavit and arrest warrants is granted. It is hereby ordered that the complaint, affidavit in support of the complaint, arrest warrants, and motion shall be sealed until 5/21/2008 at 11:00 a.m., or until further order of this court, except that copies of the arrest warrants shall be provided to law enforcement in order to execute the arrests of the defendants.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | IS |
|---|---|---|