# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 401 - 6 | **DATE** | 5/22/2008 |
| **CASE TITLE** | USA vs. Ubex Lopez | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 5/22/2008. Defendant appears in response to arrest on 5/21/2008. Defendant informed of his rights. Robert Rascia is given leave to file his appearance as retained counsel for defendant. Government seeks detention. Defendant waives his right to a detention hearing without prejudice. Order defendant detained pending further court proceedings. Preliminary examination hearing set for 6/3/2008 at 11:00 a.m.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | IS |
|---|---|---|