# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 401 - 6 | **DATE** | 6/3/2008 |
| **CASE TITLE** | USA vs. Ubex Lopez | | |

**DOCKET ENTRY TEXT**

Preliminary examination hearing of 6/3/2008 is stricken.  Preliminary examination hearing is reset to 6/6/2008 at 10:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | IS |
|---|---|---|