UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 401 |
| | ) | Judge Martin C. Ashman |
| ISAIAH HICKS, et. al. | ) | |

<u>NOTICE OF MOTION</u>

     PLEASE TAKE NOTICE that on June 10, 2008 at 10:30 a.m. or as soon thereafter as counsel may be heard, I will appear before Judge Martin C. Ashman in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present:

**GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER**

in the above-captioned case, at which time and place you may appear if you see fit.

                              Respectfully submitted,

By:    /s/ Sharon R. Fairley
          Sharon R. Fairley
          Assistant U.S. Attorney
          219 South Dearborn
          Chicago, Illinois 60604
          (312) 353 0951

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 401 |
| v. | ) | Hon. Martin C. Ashman |
| | ) | |
| ISAIAH HICKS, et. al. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that, on June 5, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, L.R. 5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**NOTICE OF MOTION**

**GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER**

were served pursuant to the district court's ECF system as to all ECF filers, and by facsimile and first-class mail to non-ECF filers, if any.

> Respectfully submitted,
> PATRICK J. FITZGERALD
> United States Attorney
>
> By: /s/ Sharon R. Fairley
> SHARON R. FAIRLEY
> Assistant United States Attorney
> 219 South Dearborn Street, 5th Floor
> Chicago, IL 60604
> (312) 353-0951