## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 401 | DATE | 6/10/2008 |
| CASE TITLE | USA vs. Isaiah Hicks, et al. | | |

**DOCKET ENTRY TEXT**

Enter order. Government's motion for a protective order [149] is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 JUN 10 PM 2:47
CLERK
U.S. DISTRICT COURT

Courtroom Deputy Initials: IS